*In re* Reglamento del Tribunal Supremo, Regla 8(j).

*Número:* ———    *Resuelto:* 17 de marzo de 1988

## RESOLUCIÓN

La Rama Judicial se encuentra en el proceso de computadorizar las Secretarías del Tribunal Supremo y del Tribunal de Primera Instancia. Uno de los elementos esenciales de este proceso es que toda notificación a los abogados de las partes involucradas en los pleitos se hará conforme un catálogo incluido en el sistema, en el que consta el nombre y la dirección postal de cada abogado admitido al ejercicio de la profesión en Puerto Rico. La información que se va a incorporar en este catálogo proviene del libro de registro de abogados del Tribunal Supremo.

El inciso (j) de la Regla 8 del Reglamento de este Tribunal dispone:

> (j) El Secretario llevará un libro registro de abogados en el que inscribirá por orden cronológico los nombres de todos los abogados que estén autorizados para postular ante este Tribunal, las fechas en que fueren admitidos al ejercicio de su profesión y su dirección postal. Llevará además un libro de registro de notarios en el que se inscribirá el nombre de los abogados autorizados para ejercer el notariado, su residencia y localización de la oficina notarial, y en el cual los notarios registrarán su firma, signo, sello y rúbrica. Todo abogado notificará al Secretario todo cambio en su dirección postal. 4 L.P.R.A. Ap. I-A.

En virtud de lo antes expuesto, se apercibe a todos los abogados admitidos a la práctica en Puerto Rico que no hayan notificado al Secretario del Tribunal Supremo su dirección postal actual que deben hacerlo dentro de los próximos treinta (30) días. Se les advierte, además, que deben notificar inmediatamente cualquier cambio posterior a la misma. El incumplimiento de esta resolución por un abogado dará lu-

gar a la imposición de sanciones en su contra. Véase *In re Torres Ortiz*, 93 D.P.R. 559 (1966).

Publíquese y remítase copia al Colegio de Abogados y al Director Administrativo de los Tribunales para su difusión a través de los centros judiciales.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Bruno Cortés Trigo
*Secretario General*